UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

LARRY GENE FIRESTONE                                   CASE NO. 08-10603
LORI ANN FIRESTONE                                     CHAPTER 7
        DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #3 of KWAK
> Account number:
> Claimed amount:  $57.30
> Pro rata distribution:  $1.06
>
> Claim #9 of Dupont Hospital
> Account number:  0036
> Claimed amount:  $91.42
> Pro rata distribution:  $1.68
>
> Claim #10 of LVNV Funding
> Account number:  6227
> Claimed amount:  $152.38
> Pro rata distribution:  $2.81
>
> Claim #12 of Waste Management
> Account number:  237-84917
> Claimed amount:  $2.81
> Pro rata distribution:  $1.40

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  September 3, 2010        /s/ Mark A. Warsco
                                              Mark A. Warsco, Trustee
                                              P.O. Box 11647
                                              Fort Wayne, IN  46859-1647
                                              Telephone:  (260) 469-0256
                                              e-mail: bankruptcy@rlwlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on September 3, 2010:

| | |
|---|---|
| STEVEN J. GLASER | Office, U.S. Trustee |
| Glaser.Bankruptcy@verizon.net | USTPREGION10.SO.ECF@USDOJ.GOV |
| | |
| KWAK | DUPONT HOSPITAL |
| Anthony Wayne Credit Adjusters | PO BOX 11709 |
| 809 S. Calhoun Street | Fort Wayne, IN 46845 |
| Suite 100 | |
| Fort Wayne, IN 46802 | |
| | |
| Waste Management | LVNV Funding LLC |
| Waste Management - RMC | Resurgent Capital Services |
| 2625 W Grandview Rd Suite 150 | PO Box 10587 |
| Phoenix, AZ 85023 | Greenville, SC 29603-0587 |

                                              /s/  Mark A. Warsco
                                              Mark A. Warsco, Trustee